UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP.<br><br>  Plaintiffs,<br><br>vs.<br><br>LEADSINGER CORP., a New York corporation; ES2TECH CORP., a California corporation; ES ELECTROSALES CO., LTD., a New York corporation; ES ELECTROSALES LEADSINGER LTD., a New York corporation; NAS ELECTRONICS, INC., a New York corporation; JERRY CHOE, an individual;<br><br>  Defendants. | Case No. CV 06-06531 VAP (PJWx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT ES2TECH, INC.** |

## **PERMANENT INJUNCTION**

Pursuant to the Stipulation for Entry of Permanent Injunction Against Defendant ES2Tech, Inc., signed by the parties and counsel, and good cause

1  therefore appearing, the following permanent injunction is issued:

2  Defendant ES2Tech, Inc., its officers, directors, shareholders,
3  employees and all others acting by or through, under or in concert therewith,
4  are permanently and from this date forward forever enjoined and restrained
5  from possessing, packaging, shipping, manufacturing, importing, distributing,
6  selling, advertising or offering for sale any karaoke device or equipment,
7  including but not limited to the "Leadsinger" karaoke product, if such device or
8  equipment contains, utilizes or facilitates replay of any of the songs identified
9  in the Exhibit 1 hereto, in conjunction with video display of the lyrics to said
10 song, unless a synchronization license for each such utilized song shall have
11 been previously obtained from Warner-Tamerlane Publishing Corp. or WB
12 Music Corp. or their successors or assigns.

13 IT IS SO ORDERED:

14 Dated: July 2, 2008

15 *[signature]*
   HON. VIRGINIA A. PHILLIPS
16 UNITED STATES DISTRICT JUDGE