JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP. <br><br> Plaintiffs, <br><br> vs. <br><br> LEADSINGER CORP., a New York corporation; ES2TECH CORP., a California corporation; ES ELECTROSALES CO., LTD., a New York corporation; ES ELECTROSALES LEADSINGER LTD., a New York corporation; NAS ELECTRONICS, INC., a New York corporation; JERRY CHOE, an individual; <br><br> Defendants. | Case No. CV 06-06531 VAP (PJWx) <br><br> **JUDGMENT AND PERMANENT INJUNCTION** |

Based upon Plaintiffs' Application for Default Judgment by Court as well as the pleadings, rulings, orders and file in this case, and the evidence presented having been fully considered, and good cause therefor appearing,

IT IS ORDERED AND ADJUDGED that Plaintiffs Warner-Tamerlane Publishing Corp. and WB Music Corp. have and recover from Defendants Leadsinger Corp., ES Electrosales Co., Ltd., ES Electrosales Leadsinger Co.

Ltd., and NAS Electronics, Inc., jointly and severally, the amount of $33,000,000, together with costs and attorney's fees in an amount to be determined, plus interest thereon at the legal rate commencing from the date of entry of this Judgment until paid.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Leadsinger Corp., ES Electrosales Co., Ltd., ES Electrosales Leadsinger Co. Ltd. and NAS Electronics, Inc., their officers, directors, shareholders, employees and all others acting by or through, under or in concert therewith, are permanently and from this date forward forever enjoined and restrained from possessing, packaging, shipping, manufacturing, importing, distributing, selling, advertising or offering for sale any karaoke device or equipment, including but not limited to the "Leadsinger" karaoke product, if such device or equipment contains, utilizes or facilitates replay of any songs that are owned and/or administered by Warner-Tamerlane Publishing Corp. or WB Music Corp., in conjunction with video display of the lyrics to said song, unless a synchronization license for each such utilized song shall have been previously obtained from Warner-Tamerlane Publishing Corp. or WB Music Corp. or their successors or assigns.

IT IS SO ORDERED.

Dated: _August 27, 2008                  _____
                                          Hon. Virginia A. Phillips
                                          United States District Judge

Submitted by:
LAW OFFICES OF ALAN S. GUTMAN

By: /s/ Alan S. Gutman
Alan S. Gutman
Attorneys for Plaintiffs
WARNER-TAMERLANE PUBLISHING CORP. and
WB MUSIC CORP.